1  LAW OFFICE OF
   ERICK L. GUZMAN
2  Cal. Bar No. 244391
   740 4th St.
3  Santa Rosa, California, 95404
   T:(707) 595-4474\ F:(707) 540-6298
4  E: elg@guzmanlaw.org

5
   Attorney for Defendant
6  Michael Savage

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11

12 | UNITED STATES OF AMERICA,        | CASE NO. CR 93CR0385-EMC
13 |     Plaintiff,                   | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**
14 |     v.                           | SAN FRANCISCO VENUE
15 | MICHAEL SAVAGE,                  | Current Hearing Date: **August 20, 2014**
16 |     Defendant.                   | Proposed Hearing Date: **August 27, 2014 at 2:30 P.M.**

    The status hearing in the above case is scheduled for August 20, 2014. However, based on scheduling conflicts for the defense, and the defense's desire to investigate potential treatment centers for Mr. Savage, undersigned counsel is requesting to move the scheduled status conference to August 27, 2014.

    Undersigned counsel has contacted the Government and Probation, and both parties have no objection to this request.

1  IT IS SO STIPULATED

4     08/11/2014                                              /s/

5  DATED                                                MELINDA HAAG
                                                        United States Attorney
6                                                       Northern District of California
                                                        CHINHAYI CADET
7                                                       Assistant United States Attorney

10    08/11/2014                                              /s/

11 DATED                                                ERICK L. GUZMAN
                                                        Attorney for Mr. Savage
12

Stip. and [Proposed] order continuing              2
hearing

## [~~PROPOSED~~] ORDER

For good cause shown, the status hearing currently scheduled for August 20, 2014 is rescheduled to August 27, 2014 at 2:30 P.M.

**IT IS SO ORDERED.**

 8/12/14
DATED

HON. EDWARD M. CHEN
United States District Court Judge

Stip. and [Proposed] order continuing hearing                    3